UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Jeannica Garmon**, | Case No. 1:10-cv-169 |
| Plaintiff, | |
| | Hon. Gordon J. Quist |
| v. | |
| **Central Credit Services, Inc.,** a Florida corporation, **Mike Cash,** an individual, and **Arrow Financial Services, LLC**, a Delaware limited liability company, | |
| Defendants. | |

**Notice of Dismissal of Parties**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jeannica Garmon, through her attorney of record, files this Notice of Dismissal of Parties, with prejudice, as to defendants Mike Cash and Arrow Financial Services, LLC, with no defendant having served either an answer or a motion for summary judgment.

This action is <u>not</u> dismissed as to defendant Central Credit Services, Inc.

Dated: March 23, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com