UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Jeannica Garmon**,       )<br>                               )<br>        Plaintiff,     )<br>                               )<br>   v.                   )<br>                               )<br>**Central Credit Services, Inc.,** a )<br>Florida corporation, **Mike Cash,** )<br>an individual, and **Arrow Financial** )<br>**Services, LLC**, a Delaware limited )<br>liability company,              )<br>                               )<br>       Defendants.   )<br>_____) | Case No. 1:10-cv-169<br><br>Hon. Gordon J. Quist |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jeannica Garmon, through her attorney of record, files this Notice of Dismissal as to the only remaining defendant, Central Credit Services, Inc., with no defendant having served either an answer or a motion for summary judgment.

This action is dismissed with prejudice as to all defendants.

Dated: March 29, 2010                                /s/ Phillip C. Rogers
                                                             Phillip C. Rogers (P34356)
                                                             Attorney for Plaintiff
                                                             40 Pearl Street, N.W., Suite 336
                                                             Grand Rapids, Michigan 49503-3026
                                                             (616) 776-1176
                                                             ConsumerLawyer@aol.com